Order issued November 29, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-10-00286-CV

**CARDIAC PERFUSION SERVICES, INC. AND
MICHAEL JOUBRAN, Appellants/Cross-Appellees**

**V.**

**RANDALL HUGHES, Appellee/Cross-Appellant**

## ORDER

The Motion for Rehearing En Banc filed by appellant is hereby DENIED.

ELIZABETH LANG-MIERS
JUSTICE